IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEFFREY DALE SAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-CV-415-TCK-FHM |
| ) | |
| EDDIE VIRDEN, OSAGE COUNTY, ) | |
| BRENDAN O'DRISCOLL, ) | |
| ROD JOHN DOE, JOSE JOHN DOE, ) | |
| JOHN DOE MEDICAL OFFICER 1, ) | |
| JOHN DOE MEDICAL OFFICER 2, ) | |
| JANE DOE 1, JANE DOE 2, and ) | |
| TURN KEY HEALTH. ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

This matter came before the Court upon Plaintiff's amended complaint. In an Order filed contemporaneously herewith, the Court dismissed Plaintiff's amended complaint without prejudice for Plaintiff's failure to comply with an Order of the Court.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that judgment is entered for the defendants and against Plaintiff.

**DATED** this 19th day of September 2017.

**TERENCE KERN**
**United States District Judge**